359 A.2d 366
COMMONWEALTH of Pennsylvania
v.
William C. ZILLGITT, Appellant.

Supreme Court of Pennsylvania.
Argued Sept. 23, 1975.
Decided July 6, 1976.

Anthony V. DeCello, DeCello, Bua & Manifesto, Pittsburgh, for appellant.

Robert F. Banks, First Asst. Dist. Atty., Joseph J. Nelson, Mercer, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX AND MANDERINO, JJ.

OPINION

PER CURIAM.

Judgment of sentence affirmed.

JONES, C. J., took no part in the consideration or decision of this case.